UNITED STATED DISTRICT SOUTHERN DISTRICT OF FLORIDA

GRACITA CHANG,                              CASE NO.: 1:14-cv-60551-XXXX

    Plaintiff,

v.

CARNIVAL CRUISE LINES,

    Defendant.                              /

## COMPLAINT FOR DAMAGES

**COME NOW**, Plaintiff, GRACITA CHANG, by and through her undersigned attorney, and sues Defendant, CARNIVAL CRUISE LINES, (herein after referred to as "CARNIVAL") and allege as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, not inclusive of attorney's fees and costs.

2. At all times material hereto, the Plaintiff, GRACITA CHANG, was a resident of California.

3. Defendant, CARNIVAL, is and has been at all times material hereto licensed to do business in the State of Florida.

4. Defendant, CARNIVAL, at all times material hereto owned, maintained and operated its vessel, "Inspiration."

5. Plaintiff has satisfied all conditions precedent to bringing this suit, including proper notice.

1

6. On or about December 9, 2012, Plaintiff, GRACITA CHANG, was lawfully on the subject vessel of Defendant, CARNIVAL, as an invitee by reason of passenger tickets. The Plaintiff is not in possession of a copy of the ticket; however, the Defendant should have copy of same.

7. On or about December 9, 2012, Defendant, CARNIVAL, by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the subject vessel.

8. On or about December 9, 2012, and at all times material hereto, Defendant's, CARNIVAL, agents, employees, and/or servants acted within the course and scope of their employment.

## COUNT I
## NEGLIGENCE AGAINST DEFENDANT, CARNIVAL

Plaintiff, GRACITA CHANG, hereinafter reaffirms and realleges each and every allegation contained in the General Allegations, as if fully set forth herein.

9. On or about December 9, 2012, Defendant, CARNIVAL, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above-mentioned common area of the subject vessel by allowing a slippery, dirty, transitory substance to remain on it's floor.

10. That as a direct and proximate result of one or all of the aforementioned acts of negligence, Plaintiff, GRACITA CHANG, was caused to fall thereby sustaining serious personal injuries.

11. Defendant, GRACITA CHANG, either knew or should have known of the existence of the dangerous condition of the common areas on the subject vessel and should have taken steps to warn Plaintiff, GRACITA CHANG, of the existence of the dangerous condition.

12. Defendant, CARNIVAL, had a duty to maintain the common areas of the subject vessel in a reasonably safe and proper condition for its passengers.

13. Defendant, CARNIVAL, was negligent in creating and/or permitting the aforementioned dangerous and hazardous condition to remain upon the subject vessel, rendering said vessel dangerous and unsafe for Plaintiff.

14. Defendant, CARNIVAL, failed to warn Plaintiff, GRACITA CHANG, of the aforementioned condition and the risk involved in as much as the presence of Plaintiff, GRACITA CHANG, was known or reasonably foreseeable by Defendant, CARNIVAL.

15. Plaintiff, GRACITA CHANG, neither knew nor should have known of said condition and risk by the use of reasonable care.

16. Defendant, CARNIVAL, failed to provide a mode of operation, policy or procedure to safeguard its vessel from foreseeable and known hazards.

17. Defendant, CARNIVAL, failed to provide a policy or procedure to properly train its employees and/or supervise same in safeguarding the subject vessel from this foreseeable and known hazard.

18. As a result of the Defendant's failure to maintain said common area in a reasonably safe condition, Plaintiff, GRACITA CHANG, was severely injured.

19. As a result thereof, Plaintiff, GRACITA CHANG, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing, and Plaintiff, GRACITA CHANG, will suffer the losses in the future.

WHEREFORE, Plaintiff, GRACITA CHANG, demand judgment for damages and of all costs of said proceeding against Defendant, CARNIVAL, and request a trial by jury of all issues triable as a right by a jury.

DATED this 3rd day of March, 2013.

          **FRIEDLAND & BOCKSCH**
          Attorneys for Plaintiff
          33 NE 2nd Street, Suite 101
          Fort Lauderdale, Florida 33131
          Telephone : (954) 321-8810
          Facsimile : (954) 321-8995
          Pleadings@yourfightourbattle.com
          rachelle@yourfightourbattle.com

By: */s/ Rachelle Bocksch*
   RACHELLE BOCKSCH, ESQ.
   F. B. No.: 151823